# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CS 40 | 9605880 | D. VON HELF | 304 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 02/17/2020 1015HRS | 43 CFR 8365.1-4(B)(2) |

Place of Offense: ISDRA NORTH  GECKO RD / DUMPSTERS

Offense Description: Factual Basis for Charge    HAZMAT ☐

POSSESSION CONTROLLED SUBSTANCE - MARIJUANA

### DEFENDANT INFORMATION

| Last Name | First Name | MI |
|---|---|---|
| HILL | JAMI | A |

Street Address: [REDACTED]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 4VBR102 | CA | 02 | MERCURY SABLE | ☐ | GRY |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 500.— Forfeiture Amount
+ $30 Processing Fee
$ 530.— Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: TO BE NOTIFIED

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: *(signed) Jami Hill*

Original - CVB Copy

LM20006972   *9605880*

CVB SCAN 03/12/2020 15:10

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 02/17, 20 20 while exercising my duties as a law enforcement officer in the SOUTHERN District of CALIFORNIA

**SEE ATTACHED STATEMENT**

The foregoing statement is based upon:
☒ my personal observation
☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 02/17/2020    *(signed)*
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 03/12/2020 15:10